In the Matter of the Will of PETER KUNZENBACHER, Deceased.

ANTON STAUDT, as Rector of Oensbach Roman Catholic Church of Baden, Germany, Respondent; MARY PILLER et al., Appellants.

(Argued March 22, 1934; decided April 17, 1934.)

*John S. Russell* and *Richard P. Charles* for appellants.
*Basil O'Connor* and *William F. Snyder* for Michael Piller et al., intervening infants, appellants.

*James Harte Levenson* for respondent.

Order affirmed, with costs to all parties filing briefs payable out of estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.